No. 00–10051.  BOWERSOCK v. ROE, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 00–10052.  MITCHELL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 00–10054.  WELLS v. TEXAS.  Ct. App. Tex., 9th Dist. Certiorari denied.

No. 00–10055.  MANUEL ROMERO v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–10056.  RAMIREZ v. GARCIA, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 00–10058.  FILES v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 00–10062.  ANDREWS v. CAREY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 00–10063.  MAGHE v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 00–10070.  PETWAY v. ALABAMA ET AL.  C. A. 11th Cir. Certiorari denied.

No. 00–10072.  HANDS v. UNEMPLOYMENT COMPENSATION BOARD OF REVIEW OF PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 00–10074.  NEWSOME v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 00–10077.  TURGEON v. WEST VIRGINIA LAWYER DISCIPLINARY BOARD.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 00–10078.  HOULE v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 00–10079.  GRAY v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.